Rel: May 15, 2026

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**.  Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is printed in **Southern Reporter**.

# SUPREME COURT OF ALABAMA

## OCTOBER TERM, 2025-2026

_____

### SC-2026-0156
_____

**Ex parte Eternal Life Learning Center, LLC**

**PETITION FOR WRIT OF CERTIORARI TO
THE COURT OF CIVIL APPEALS**

**(In re: Alabama Department of Human Resources**

**v.**

**Eternal Life Learning Center, Kimmi McKinstry, and
Prince Etta Dunning)**

**(Jefferson Circuit Court: CV-24-901554;
Court of Civil Appeals: CL-2025-0269)**

MENDHEIM, Justice.

The petition for the writ of certiorari is denied.

In denying the petition for the writ of certiorari, this Court does not wish to be understood as approving all the language, reasons, or statements of law in the Court of Civil Appeals' opinion. <u>Horsley v. Horsley</u>, 291 Ala. 782, 280 So. 2d 155 (1973).

WRIT DENIED.

Stewart, C.J., and Shaw, Bryan, and McCool, JJ., concur.